| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   **Robfredo IX, LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   8 2 – 4 9 2 3 0 6 2

4. **Debtor's address**

   **Principal place of business**  
   **1314 Jericho Turnpike**  
   Number    Street

   **New Hyde Park**    **NY**    **11040**  
   City    State    ZIP Code

   **Nassau**  
   County

   **Mailing address, if different from principal place of business**  
   **PO Box 449**  
   Number    Street

   _____  
   P.O. Box

   **New York**    **NY**    **10009**  
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____  
   Number    Street

   _____  
   City    State    ZIP Code

5. **Debtor's website (URL)**   _____

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Robfredo IX, LLC** _____   Case number (if known) _____

7. **Describe debtor's business**

   A. Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. Check all that apply:
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   __5__ __3__ __1__ __1__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   Check one:
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11.  Check all that apply:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor **Robfredo IX, LLC** _____  Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____  When _____  Case number _____
                                                    MM / DD / YYYY
              District _____  When _____  Case number _____
                                                    MM / DD / YYYY
              District _____  When _____  Case number _____
                                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
             District _____  When _____
                                                           MM / DD / YYYY
             Case number, if known _____

             Debtor _____  Relationship _____
             District _____  When _____
                                                           MM / DD / YYYY
             Case number, if known _____

11. **Why is the case filed in _this district_?**

    _Check all that apply:_

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**   _(Check all that apply.)_

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**   _____
                                 Number     Street

                                 _____

                                 _____   _____   _____
                                 City                       State    ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.  Insurance agency _____
             Contact name      _____
             Phone             _____

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Robfredo IX, LLC** _____    Case number (if known) _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated assets**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [x] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [x] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/24/2023**
MM / DD / YYYY

X **/s/ Robert Manfredo**
Signature of authorized representative of debtor
**Robert Manfredo**
Printed name
**Owner and President**
Title

Debtor  **Robfredo IX, LLC**_____   Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| **18.** | **Signature of attorney** | **X** **/s/ Gus Michael Farinella**_____ | Date | **02/24/2023**_____ |
| | | Signature of attorney for debtor | | MM / DD / YYYY |

                    **Gus Michael Farinella**_____
                    Printed name

                    **Law Offices of Gus Michael Farinella, PC**_____
                    Firm name

                    **110 Jericho Turnpike**_____
                    Number       Street

                    **Suite 100**_____

| | | |
|---|---|---|
| **Floral Park**_____ | **NY**_____ | **11001**_____ |
| City | State | ZIP Code |

| | |
|---|---|
| **(212) 675-6161**_____ | **gmf@lawgmf.com**_____ |
| Contact phone | Email address |

| | |
|---|---|
| **GMF5252**_____ | _____ |
| Bar number | State |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Robfredo IX, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|---|

| 2.1 | **Creditor's name** <br> **PS Funding, Inc.** | **Describe debtor's property that is subject to a lien** <br> **33 Echo Ave, Miller Place, NY 11764** | **$641,318.08** | **$600,000.00** |
|---|---|---|---|---|
| | **Creditor's mailing address** <br> **2121 Park Place, Suite #250** <br><br> **El Segundo        CA    90245** | **Describe the lien** <br> **Mortgage / Agreement** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes | | |
| | **Creditor's email address, if known** | **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**   **12/1/2018** <br> **Last 4 digits of account number**   ___ ___ ___ ___ | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☑ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

**1) PS Funding, Inc.; 2) Suffolk County Comptroller.**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$722,836.71**

Debtor  **Robfredo IX, LLC**  Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.2 | **Creditor's name**<br>**Suffolk County Comptroller** | **Describe debtor's property that is subject to a lien**<br>**33 Echo Ave, Miller Place, NY 11764** | **$81,518.63** | **$600,000.00** |
|---|---|---|---|---|

**Creditor's mailing address**
**330 Center Drive**

**Riverhead         NY   11901**

**Describe the lien**
**Notice Only / Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**  **2019**

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Debtor   **Robfredo IX, LLC**_____   Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Law Offices of Tae H. Whang, LLC**<br>**185 Bridge Plaza North, Suite 201**<br><br>**Fort Lee                              NJ      07024** | Line   **2.1** | ___ ___ ___ ___ |
| **Michael Clancy, Esq.**<br>**1377 Motor Parkway, Suite 400**<br><br>**Islandia                              NY      11749** | Line   **2.1** | ___ ___ ___ ___ |
| **NYS Department of Taxation & Finance**<br>**Bankruptcy Section**<br>**PO Box 5300**<br><br>**Albany                              NY      12205-0300** | Line   _____ | ___ ___ ___ ___ |

| Fill in this information to identify the case: |
|---|
| Debtor **Robfredo IX, LLC** |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No.  Go to Part 2.
   - ☐ Yes.  Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** _____ _____ _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** ___ ___ ___ ___ **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( _____ ) | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |

Debtor   **Robfredo IX, LLC**                                             Case number (if known) _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address |
|---|---|

**PSEG Long Island**
**P.O. Box 888**

**Hicksville            NY     11802**

**Date or dates debt was incurred**    **2023**

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utility Bills**

**Is the claim subject to offset?**
☒ No
☐ Yes

$800.00

Debtor    **Robfredo IX, LLC**                                    Case number (if known) _____

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Suffolk County Water Authority**<br>**PO Box 9044**<br><br>**Hicksville            NY     11802-9044** | Line _____<br>☑ Not listed.  Explain:<br>   **Notice Only** | ___ ___ ___ ___ |

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 3

Debtor    **Robfredo IX, LLC**                                           Case number (if known) _____

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. + | **$800.00** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$800.00** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Robfredo IX, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Robert Manfredo | 101 Jacob Street<br>Elmont, NY 11003 | PS Funding, Inc. | ☑ D<br>☐ E/F<br>☐ G |

Official Form 206H                 Schedule H: Codebtors                 page 1

**Fill in this information to identify the case:**

Debtor Name  **Robfredo IX, LLC**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................................................... _____

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B............................................................................................. _____

   1c. **Total of all property**
   Copy line 92 from Schedule A/B............................................................................................... **$0.00**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... **$722,836.71**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................. **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................... **+ $800.00**

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................................................... **$723,636.71**

Official Form 206Sum        Summary of Assets and Liabilities for Non-Individuals        page 1

**Fill in this information to identify the case and this filing:**

Debtor Name **Robfredo IX, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK**

Case number (if known) _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/24/2023**
MM / DD / YYYY

X **/s/ Robert Manfredo**
Signature of individual signing on behalf of debtor

**Robert Manfredo**
Printed name

**Owner and President**
Position or relationship to debtor

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION**

In re  **Robfredo IX, LLC**                                                                 Case No.  _____

                                                                                                         Chapter    **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept................................................................ | **$15,000.00** |
   | Prior to the filing of this statement I have received...................................................... | **$15,000.00** |
   | Balance Due.................................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

|  |  |
|---|---|
| CERTIFICATION | |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. | |
| **02/24/2023** | **/s/ Gus Michael Farinella** |
| Date | *Gus Michael Farinella*     Bar No.  GMF5252 |
|  | Law Offices of Gus Michael Farinella, PC |
|  | 110 Jericho Turnpike |
|  | Suite 100 |
|  | Floral Park, NY 11001 |
|  | Phone: (212) 675-6161 / Fax: (212) 675-4367 |

### Fill in this information to identify the case:

Debtor name: **Robfredo IX, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Suffolk County Comptroller 330 Center Drive Riverhead, NY 11901 | | Notice Only | | $81,518.63 | $0.00 | $81,518.63 |
| 2 | PS Funding, Inc. 2121 Park Place, Suite # 250 El Segundo, CA 90245 | | Mortgage | | $641,318.08 | $600,000.00 | $41,318.08 |
| 3 | PSEG Long Island P.O. Box 888 Hicksville, NY 11802 | | Utility Bills | | | | $800.00 |

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION**

IN RE:   **Robfredo IX, LLC**                                            CASE NO

                                                                                          CHAPTER    **11**

**VERIFICATION OF CREDITOR MATRIX**

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/24/2023                                    Signature  **/s/ Robert Manfredo**
                                                                                    *Robert Manfredo*
                                                                                    *Owner and President*


Date _____          Signature _____

Law Offices of Tae H. Whang, LLC
185 Bridge Plaza North, Suite 201
Fort Lee, NJ 07024


Michael Clancy, Esq.
1377 Motor Parkway, Suite 400
Islandia, NY 11749


NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


PS Funding, Inc.
2121 Park Place, Suite #250
El Segundo, CA 90245


PSEG Long Island
P.O. Box 888
Hicksville, NY 11802


Robert Manfredo
101 Jacob Street
Elmont, NY 11003


Suffolk County Comptroller
330 Center Drive
Riverhead, NY 11901


Suffolk County Water Authority
PO Box 9044
Hicksville, NY 11802-9044